UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC YLMO SANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>G. GUDINO, et al.,<br><br>    Defendants. | Case No. 18-cv-01000-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME; DENYING PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO REPLY**<br><br>Re: Dkt. Nos. 17, 20 |

Good cause appearing, defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **March 1, 2019**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

Plaintiff's motion for an order directing defendants to reply to the complaint is DENIED as unnecessary. Defendants have filed a waiver of the right to reply, which is a permissible response under 42 U.S.C. § 1997e(g)(1). Defendants' dispositive motion will serve as a further response to the complaint.

This order terminates Docket Nos. 17 and 20.

**IT IS SO ORDERED.**

Dated: 12/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge