UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC YLMO SANFORD,<br>　　　　Plaintiff,<br>　　v.<br>G. GUDINO, et al.,<br>　　　　Defendants. | Case No. 18-cv-01000-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 22 |

Good cause appearing, defendants' second motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **March 15, 2019**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Dkt. No. 22.

**IT IS SO ORDERED.**

Dated: 2/25/2019

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge