UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC YLMO SANFORD,<br>　　　　Plaintiff,<br>　v.<br>G. GUDINO, et al.,<br>　　　　Defendants. | Case No. 18-cv-01000-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT MOTION; DENYING REQUEST TO STAY OR DISMISS SUMMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 25 |

　　　　Plaintiff has requested a thirty-day extension of time to file his opposition to Defendants' motion for summary judgment or, in the alternative, that the Court stay or dismiss the summary judgment motion until he has obtained the necessary information to oppose the motion. Dkt. No. 25. Specifically, Plaintiff states that he will not receive an answer to his interrogatories until April 15, 2019. The Court will not stay or dismiss the summary judgment motion. However, the Court will GRANT Plaintiff a thirty-day extension of time after he has received the requested discovery to oppose the summary judgment motion. Plaintiff shall file his opposition to the summary judgment motion by May 15, 2019. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

　　　　If Plaintiff finds that he requires another extension of time in order to gather the necessary evidence to oppose the motion, he may file another request for an extension of time. In his request, he should specify what discovery is sought, how this discovery is relevant to opposing the summary judgment motion, and when he expects to receive the discovery. Any requests for extensions of time should be filed no later than the deadline sought to be extended and must be

accompanied by a showing of good cause.

This order terminates Dkt. No. 25.

**IT IS SO ORDERED.**

Dated: 4/12/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge