UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC YLMO SANFORD,<br><br>Plaintiff,<br><br>v.<br><br>G. GUDINO, et al.,<br><br>Defendants. | Case No. 18-cv-01000-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 29 |

Good cause being shown, Defendants' request for an extension of time to file a reply brief in support of their summary judgment motion is GRANTED. Dkt. No. 29. Defendants shall file their reply brief by June 14, 2019.

This order terminates Dkt. No. 29.

**IT IS SO ORDERED.**

Dated: 5/9/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge