UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC YLMO SANFORD,

        Plaintiff,

   v.

G. GUDINO, et al.,

        Defendants.

Case No. 18-cv-01000-HSG (PR)

**JUDGMENT**

     For the reasons set forth in the Order Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiff.

     **IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/6/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge